JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jimillaw@rcn.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE T. MOTONARI, ) | |
| ) | |
| Plaintiff, ) | No. C-05-5301 JL |
| ) | |
| vs. ) | |
| ) | STIPULATION AND ORDER |
| JOANNE B. BARNHART, ) | FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL ) | IN WHICH TO FILE PLAINTIFF'S |
| SECURITY, ) | MOTION FOR SUMMARY |
| ) | JUDGMENT AND/OR REMAND |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that due to change in counsel, Plaintiff may have an extension until October 3, 2006 in which to file his Motion for Summary Judgment and/or Remand.

DATE: 09/01/06                          /s/_____
                                        James Hunt Miller
                                        Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | DATE: 09/01/06 | Kevin V. Ryan<br>United States Attorney |
| 2 | | |
| 3 | | By:/s/[1]_____ |
| 4 | | Sara Winslow<br>Assistant United States Attorney |
| 6 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 8 | DATE: 9/6/06 _____ | IT IS SO ORDERED<br>_James Larson_____<br>United States Magistrate Judge James Larson |

_____

[1] This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.

*plf's extn – motonari v. ssa C-05-5301 JL*      2